# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWIN WAYNE JOYCE, | ) |
| Petitioner, | ) ) ) |
| v. | ) 1:22CV629 |
| EDDIE BUFFALOE, | ) ) ) |
| Respondent. | ) ) |

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a state prisoner, submitted what the Court treated as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 based on the fact Petitioner seeks to attack his state court convictions and sentences. This Petition cannot be further processed because Petitioner did not pay the filing fee, seek to proceed *in forma pauperis*, or use the correct forms. Further, court records reveal that Petitioner already attacked the same convictions and sentences in previous § 2254 petitions [2:91CV135, 2:91CV95]. Consequently, Petitioner must apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this Court to consider the current Petition, as required by 28 U.S.C. § 2244(b)(3)(A). This Court cannot consider the Petition unless that authorization first issues. Petitioner does not claim that he received authorization to file a successive Petition. Because of this pleading failure, the Petition should be dismissed. *In forma pauperis* status will be granted for the sole purpose of entering this Recommendation and Order.

IT IS THEREFORE RECOMMENDED that the Petition be dismissed for failure to apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Petition as is required by 28 U.S.C. § 2244.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Recommendation and Order.

IT IS FURTHER ORDERED that the Clerk shall send Petitioner a copy of this Recommendation and Order, instruction forms for filing § 2254 petitions in this Court and for filing a Motion for Authorization in the United States Court of Appeals for the Fourth Circuit, an application to proceed *in forma pauperis* (upon request), and four copies of § 2254 petition forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2254 petition which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

This, the 15th day of August, 2022.

        /s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**